# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, <br><br> Plaintiff, <br><br> v. <br><br> LEGACY LUDWICZAK, LLC, a California Limited Liability Company; JOSEPH LUDWICZAK; and Does 1-10, <br><br> Defendants. | Case No. 19cv01016-JAH (KSC) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** |

On December 6, 2019, Plaintiff, Chris Langer, and Defendants, Legacy Ludwiczak, LLC and Joseph Ludwiczak, filed a joint motion to dismiss this case with prejudice.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: December 17, 2019

JOHN A. HOUSTON
United States District Judge